MAGISTRATE JUDGE ARNOLD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR06-5466 |
| Plaintiff, ) | |
| vs. ) | ORDER GRANTING MOTION TO CONTINUE TRIAL DATE |
| FRANK NEWTON, ) | |
| Defendant. ) | |

Upon the stipulation of the parties to continue the trial date in the above-captioned case, the Court finds that such a continuance would serve the ends of justice, therefore,

IT IS HEREBY ORDERED that the trial date be continued to September 25, 2006. The resulting period of delay from August 28, 2006 to September 25, 2006 is hereby excluded for speedy trial purposes under 18 U.S.C. § 3161(h)(8)(A) and (B).

DONE this   23rd   day of August, 2006.

 s/ J Kelley Arnold
UNITED STATES MAGISTRATE JUDGE

Presented By:

/s/ Jerome Kuh                    /s/ Captain Kieran O'Shea
Attorney for Defendant            Special Assistant United States Attorney

ORDER GRANTING MOTION
TO CONTINUE TRIAL DATE
(Frank Newton)                    1

**FEDERAL PUBLIC DEFENDER**
1331 Broadway, Ste. 400
Tacoma, Washington  98402
(253) 593-6710